Finding no error in the record, the judgment is affirmed.

---

## PIPES v. STATE.
### No. 22776.

Court of Criminal Appeals of Texas.
March 1, 1944.

L. D. Ratliff, Jr., of Spur, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

### HAWKINS, Presiding Judge.

Conviction is for selling intoxicating liquor in dry area, punishment assessed at a fine of five hundred dollars and 30 days in jail.

No statement of facts or bills of exception are found in the record. It appears from the judgment that appellant entered a plea of guilty before the court.

Nothing is presented for review.

The judgment is affirmed.